UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL W. MACH, | ) | |
| Plaintiff, | ) | |
| | ) | 06 CV 3378 |
| v. | ) | |
| | ) | |
| WILL COUNTY SHERIFF, | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR JUDGMENT ON SANCTIONS

NOW COMES the Defendant, WILL COUNTY SHERIFF, by and through their attorneys, QUERREY & HARROW, LTD., and for their Motion for Judgment on Sanctions, states as follows:

1.  On August 28, 2008, this Court granted in part and denied in part, Defendant, Will County Sheriff's Motion for Fees and Costs. (See Statement for Motion for Fees and Costs attached hereto as Exhibit "A").

2.  This Court found that the Defendant was entitled to its costs for the amounts for fees for process and for transcripts. (See Exhibit "A" attached hereto).

3.  Defendant's bill of costs includes $295.00 for fees for process and $2,368.01 for fees for transcripts, totaling $2,663.01 as Defendant's total costs. (See Defendant's bill of costs attached hereto as Exhibit "B").

4.  This Court also ordered payment of 83% of the fees for preparation of the opening brief of the Defendant's Motion for Summary Judgment. (See Exhibit "A" attached hereto).

5. The Court ordered Defendant to break out those fees and costs from the billing records submitted. (See Exhibit "A" attached hereto).

6. Attached to this Motion are Defendant's invoices for October 3, 2007, January 4, 2008 and April 4, 2008 which include all of Defendant's fees related to their Motion for Summary Judgment. (See attached invoices marked as group Exhibit "C").

7. The amount of fees related to the Motion for Summary Judgment included on these invoices total $15,120.00.

8. Therefore, Defendants are entitled to $12,549.60 which represents 83% of their fees related to their Motion for Summary Judgment.

9. Defendant has requested Plaintiff to make payment of fees in the amount of $12,549.60 and costs in the amount of $2,663.01 for a total of $15,212.61. (See August 29, 2008 correspondence attached hereto as Exhibit "D"). No official response has been received from Plaintiff on this request.

10. Accordingly, pursuant to this Court's August 28, 2008 statement regarding Defendant's Motion for Fees and Costs, Defendants request an Order granting their Motion for Judgment on Sanctions in the amount of $15,212.61.

WHEREFORE, the Defendant, WILL COUNTY SHERIFF, by and through its attorneys, QUERREY & HARROW, LTD., respectfully requests an Order granting their Motion for Judgment on Sanctions in the amount of $15,212.61, and for such other relief the Court deems appropriate.

Respectfully submitted,

/s/ Terrence F. Guolee
One of the attorneys for the Defendant
Will County Sheriff's Office

Terrence F. Guolee
Paul A. O'Grady
Matthew Byrne
Querrey & Harrow, Ltd.
175 West Jackson, Ste. 1600
Chicago, IL 60604
(312)540-7000

Document #: 1361161