OCTOBER 3, 2007

TO: Claims One
225 Smith Road
St. Charles, IL 60174
Attn: Karen Patterson

For Legal Services Rendered in Connection With:

02931 - 000 / 68926

Mach, Michael vs. Will County Sheriff
Insured(s)            :      Will County Sheriff
Court Number          :      06C 3378
CMR Number            :      68926000

Enclosed is our statement for services and costs advanced
through SEPTEMBER 30, 2007.

Very truly yours

QUERREY & HARROW, LTD.

Billing Department



Claims One
225 Smith Road
St. Charles, IL  60174

Attn:  Karen Patterson

OCTOBER 3, 2007

CLIENT NUMBER - 02931 - 000

FOR PROFESSIONAL SERVICES RENDERED
   THROUGH SEPTEMBER 30, 2007

RE:   Mach, Michael vs. Will County Sheriff        MATTER # 68926
      Insured(s)                    Will County Sheriff
      Court Number                  06C 3378
      CMR Number                    68926000

| Date | Init | Hrs | Description |
|---|---|---|---|
| 7/02/07 | GUO | .20 | Phone call from plaintiff attorney re Horwath deposition. |
| 7/06/07 | GUO | .20 | Phone call from plaintiff attorney re pending depositions. |
| 7/09/07 | MCL | .60 | Abstract of discovery documents that included Will County Sheriff interoffice memorandums, grievance forms and transcript of arbitration of between County of Will/Sheriff and Illinois FOP Labor Council. |
| 7/10/07 | MJB | 2.10 | Drafted abstract of deposition of plaintiff, Michael Mach. |
| 7/10/07 | MCL | 2.00 | Abstract of discovery documents written warnings to Deputy Mach, interoffice communication of the Will County Sheriff's Department. |
| 7/11/07 | MJB | 2.20 | Continue drafting abstract of deposition of plaintiff, Michael Mach. |
| 7/13/07 | MCL | .60 | Abstract and review of discovery documents of interoffice communications of Will County, traffic complaints, uniform police officers' disciplinary act. |
| 7/16/07 | GUO | .20 | Conference with O'Grady re pending discovery and |

|            |     |      |                                                                                                                        |
|------------|-----|------|------------------------------------------------------------------------------------------------------------------------|
|            |     |      | consideration of offer of judgment.                                                                                    |
| 7/16/07    | POG | 1.80 | Prepare document review for Deputy Chief Mach's deposition scheduled for July 18, 2007.                                 |
| 7/16/07    | POG | 1.40 | Prepare document review for Patti Kozikowski deposition scheduled July 18, 2007.                                        |
| 7/16/07    | POG | 1.80 | Prepare document review for Dan Horwath's deposition July 20, 2007.                                                     |
| 7/17/07    | MJB | 1.20 | Reviewed plaintiff's deposition transcript in preparation to draft Supplemental Request to Produce.                     |
| 7/17/07    | MJB | .90  | Drafted defendant's Supplemental to Request to Produce regarding documents referenced by plaintiff at plaintiff's deposition. |
| 7/24/07    | GUO | .60  | Review of plaintiff produced documents re remaining witnesses to depose.                                                |
| 7/24/07    | GUO | .30  | Review plaintiff deposition transcript and work on preparation of supplemental discovery to plaintiff.                  |
| 7/24/07    | DAL | 1.30 | Analyzed bated stamps QH01243-9841 re: plaintiff's records and drafted summary of same.                                 |
| 7/24/07    | DAL | 1.30 | Analyzed QH01363-04183 pertaining to plaintiff's citations and warnings and drafted summary of same.                    |
| 7/24/07    | DAL | 1.30 | Analyzed QH01484-01604 re: plaintiff's work history and drafted summary of same.                                        |
| 7/25/07    | DAL | 1.30 | Analysis of QH1605-1841 regarding plaintiff's work history and dictated summary of same.                                |
| 7/27/07    | DAL | 1.30 | Analyzed QH02847-02997 re: plaintiff's police training and drafted summary of same for defense liability purposes.      |
| 7/27/07    | DAL | 1.40 | Analyzed QH02998-03149 re: police training certificates of plaintiff, grievances and drafted summary of same for defense liability purposes. |
| 7/27/07    | DAL | 1.30 | Analyzed QH03150-03303 re: Law Enforcement Training and prior Grievances of other P.O.s and drafted summary of same for defense liability. |
| 7/27/07    | DAL | 1.30 | Analyzed QH03304-03458 re: fatal accidents and Deputy rankings and drafted summary of same for defense liability purpose. |
| 7/30/07    | GUO | 1.40 | Work on abstract of Will County documents - bates                                                                       |

1243-1841.

| Date | Init. | Hrs. | Description |
|---|---|---|---|
| 7/30/07 | DAL | 1.30 | Analyzed QH03459-03610 re: EEOP and secondary employment and drafted summary for defense liability purpose. |
| 7/30/07 | DAL | 1.30 | Analyzed QH03611-03773 re: sick time and training and drafted summary for defense liability purposes. |
| 7/30/07 | DAL | 1.30 | Analyzed QH03774-03939 re: police training and Will County procedure manual for defense liability purposes. |
| 7/30/07 | DAL | 1.30 | Analyzed QH03940-04112 re: Will County Sheriff Procedure Manual and drafted summary for defense liability purposes. |
| 7/30/07 | DAL | 1.00 | Analyzed QH04113-04230 re: Will County Sheriff Procedure Manual and drafted summary for defense liability purposes. |
| 7/31/07 | GUO | .80 | Review Barton personnel file re preparation for deposition and his own grievances. |
| 8/06/07 | POG | 8.00 | Meeting with Chief Deputy in preparation for plaintiff's deposition. |
| 8/06/07 | POG | 3.70 | Deposition of Chief Maher by plaintiff's attorney John Baker. |
| 8/06/07 | POG | .70 | Prepared for deposition of Patti Rojokowski. |
| 8/06/07 | POG | .50 | Deposition of Patti Rojokowski. |
| 8/07/07 | GUO | .60 | Conference with O'Grady re Maher and Horwath depositions, case strategy and motion for summary judgment. |
| 8/07/07 | POG | 1.10 | Preparation for deposition Director Ray Horwath. |
| 8/07/07 | POG | 4.00 | Deposition of Director Ray Horwath by plaintiff's attorney. |
| 8/08/07 | GUO | .30 | Conference with O'Grady re deposition, remaining discovery and summary judgment issues. |
| 8/08/07 | GUO | .20 | Phone call to Bollinger at Claims One re case status, Horwath deposition and remaining discovery. |
| 8/10/07 | LAN | 1.00 | Attended status hearing before Judge Zagel. |
| 8/13/07 | GUO | .30 | Phone call to Mary Tatroe re case status. |
| 8/15/07 | MJB | 1.90 | Drafted abstract of records received from Will County Sheriff regarding complaints filed by Michael Barton and Verna Maske. (pgs. 4231-4350) |

| 8/15/07 | MJB | 1.40 | Drafted abstract of documents received from Will County regarding grievances filed by Mach, County regulations, correspondence documents between Mach and Will County Sheriff administration including Director Horwath and Sheriff Kaupas, documents number 1842-1928. |
|---|---|---|---|
| 8/15/07 | MJB | 1.20 | Drafted abstract of documents received from Will County regarding grievances filed by Mach, County regulations, correspondence documents between Mach and Will County Sheriff administration including Director Horwath and Sheriff Kaupas, documents 1929-2002. |
| 8/16/07 | GUO | .20 | Phone call from plaintiff attorney re remaining depositions. |
| 8/16/07 | MJB | 1.20 | Drafted abstract of documents received from Will County, regarding grievances filed by Mach, County regulations, correspondence documents between Mach and Will County Sheriff administration including Director Horwath and Sheriff Kaupas, documents 2003-2070. |
| 8/16/07 | MJB | 2.30 | Drafted abstract of records received from Will County Sheriff including correspondence documents between Deputy Mach and Sheriff administration, weekly activity logs and labor and employment records. (pages 2071-2205) |
| 8/16/07 | MJB | 1.90 | Drafted abstract of documents received from Will County including Collective Bargaining Agreement, Traffic Division scheduling records and correspondence regarding Deputy Mach. (pg. 2311-2426) |
| 8/17/07 | MJB | 1.80 | Drafted abstract of documents received from Will County including correspondence documents, grievances, questionnaires, and general orders. (pages 2206-2310) |
| 8/17/07 | MJB | 1.10 | Drafted abstract of records received from Will County including Deputy Rating Summaries and correspondence regarding Deputy Mach. (pgs. 2427-2489) |
| 8/21/07 | MJB | 1.40 | Drafted abstract of records received from Will County, including correspondence documents |

|          |     |       |                                                                                                                                                                        |
|----------|-----|-------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |     |       | regarding Michael Mach and State of Illinois Hazardous Materials Refresher Training Manual. (pg. 2490-2576)                                                             |
| 8/22/07  | MJB | 1.60  | Drafted abstract of documents received from Will County including correspondence document regarding Michael Mach and Hazardous Material and Terrorism Basic Concepts Training Rosters for 2003 and 2004. (pg. 2577-2669) |
| 8/22/07  | LAN | 1.70  | Abstracted deposition of Director Horwath in preparation for summary judgment.                                                                                          |
| 8/27/07  | MJB | 1.50  | Drafted abstract of records received from Will County including correspondence regarding Michael Mach and Hazardous Material Training Rosters. (pg. 2670-2757)          |
| 8/28/07  | MJB | 1.50  | Drafted abstract of records received from Will County including correspondence documents regarding Michael Mach and overtime request memorandums.                       |
| 8/29/07  | DAL | 1.70  | Performed and analyzed legal research re: Age Discrimination claims for defense liability purposes.                                                                     |
| 8/29/07  | DAL | 2.10  | Performed and analyzed legal research re: age discrimination claims in preparation to file motion for summary judgment.                                                 |
| 8/30/07  | DAL | 2.10  | Analyzed the deposition of Patrick Maher from 8/6/07 and drafted abstract of same for defense liability purposes.                                                       |
| 8/30/07  | DAL | 1.20  | Performed and analyzed legal re: Age discrimination in preparation to draft motion for summary judgment.                                                                |
| 8/30/07  | DAL | 2.30  | Performed and analyzed legal research in preparation to draft motion for summary judgment.                                                                              |
| 8/31/07  | DAL | 1.70  | Performed and analyzed legal research re: age discrimination in preparation to draft motion for summary judgment.                                                       |
| 8/31/07  | DAL | 1.40  | Drafted portion of motion for summary judgment re: case law and argument on age discrimination.                                                                        |
| 9/04/07  | GUO | .40   | Conference with O'Grady re Debbie Mach and Barton depositions.                                                                                                          |
| 9/04/07  | DAL | 1.70  | Performed and analyzed legal research to draft                                                                                                                          |

|            |     |      |                                                                                                                      |
|------------|-----|------|----------------------------------------------------------------------------------------------------------------------|
|            |     |      | portion of motion for summary judgment.                                                                              |
| 9/04/07    | DAL | 1.30 | Drafted portion of motion for summary judgment re: ADEA claims.                                                       |
| 9/04/07    | DAL | 1.10 | Performed an analyzed legal research re: hostile work environment claims in preparation for motion for summary judgment. |
| 9/05/07    | POG | 2.50 | Preparation for deposition of Debra Mach, review M. Mach's deposition personell file.  D. Mach's own lawsuit 05 L 758. |
| 9/05/07    | POG | 2.80 | Deposition of plaintiff' wife Debra Mach.                                                                            |
| 9/05/07    | POG | 1.10 | Preparation for M. Barton's deposition review personnel file Querrey & Harrow 727- QH 1186 bate stamped.             |
| 9/05/07    | DAL | 1.10 | Performed and analyzed legal research re: hostile work environments for defense liability purposes and to draft motion for summary judgment. |
| 9/05/07    | DAL | .50  | Drafted short form motion for summary judgment.                                                                      |
| 9/05/07    | DAL | 2.30 | Analyzed depositions of Director Horwath, and Patrick Maher to begin drafting 56.1 undisputed facts in support of motion for summary judgment. |
| 9/06/07    | POG | 2.50 | Prepared M. Barton's grievances over 100 pages, review EEOC file review Human Rights Complaint.                      |
| 9/06/07    | POG | 2.70 | Deposition of Officer Michael Barton, friend and co-worker of plaintiff also claimed age discrimination against Will County Sheriff. |
| 9/06/07    | DAL | 1.30 | Drafted portion of rule 56.1 statement of facts in support of motion for summary judgment.                           |
| 9/21/07    | POG | 1.30 | Extended court appearance before Jodie Zagel. Zagel had the attorneys for the family secrets trial give a note from the jury for 50 minutes baded up call. |

### 111.20 TOTAL HOURS

PROFESSIONAL SERVICES                                          19,460.00

RE: Mach, Michael vs. Will County Sheriff    MATTER NUMBER - 68926

## SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Matthew J. Byrne (MJB) | 21.4 hours X 175 = $3,745.00 | 25.20 | 175.00 | 4,410.00 |
| Matthew Daley (DAL) | | 38.50 | 175.00 | 6,737.50 |
| Terrence F. Guolee (GUO) | | 5.70 | 175.00 | 997.50 |
| Dominick L. Lanzito (LAN) | | 2.70 | 175.00 | 472.50 |
| Mary E. McClellan (MCL) | | 3.20 | 175.00 | 560.00 |
| Paul O'Grady (POG) | | 35.90 | 175.00 | 6,282.50 |
| | | 111.20 | | 19,460.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 8/15/07 | IST Photocopying Expense | 3.45 |
| 8/15/07 | Witness subpoena fee for Debbie Mach. | .35.00 |
| 8/15/07 | Witness subpoena fee for Michael Barton. | 35.00 |
| 8/15/07 | Court Reporter transcript fee from George E. Rydman & Assoc. Ltd. deposition of Raymond Horwath | 219.17 |
| 8/19/07 | Investigations by Dynamic Inquires Service on Michael Barton and Debbie Mach | 225.00 |

TOTAL COSTS ADVANCED          517.62

INVOICE TOTAL          19,977.62

BILLING HISTORY:  LIFE TO DATE FEES :     60,987.50

                  LIFE TO DATE COSTS:      4,745.30

(EXCLUSIVE OF CURRENT INVOICE)

RE: Mach, Michael vs. Will County Sheriff          MATTER NUMBER - 68926

REMITTANCE ADVICE
-----------------

TO INSURE PROPER CREDIT, PLEASE COMPLETE AND RETURN THIS ADVICE

CLIENT - 02931- 000                          MATTER NUMBER -      68926

Claims One
225 Smith Road
St. Charles, IL  60174

Attn:  Karen Patterson

| INVOICE NUMBER | DATE | AMOUNT |
|---|---|---|
| 455162 | OCTOBER 3, 2007 | 19,977.62 |

YOUR CHECK NO._____    DATE_____    AMOUNT_____

TO: Claims One
    225 Smith Road
    St. Charles, IL  60174
    Attn:  Karen Patterson

For Legal Services Rendered in Connection With:

02931 - 000 / 68926

Mach, Michael vs. Will County Sheriff
Insured(s)            :      Will County Sheriff
Court Number          :      06C 3378
CMR Number            :      68926000

Enclosed is our statement for services and costs advanced
through MARCH 31, 2008

                              Very truly yours

                              QUERREY & HARROW, LTD.

                              Billing Department

BILLING ATTORNEY - DFG

INVOICE # : 465591

APRIL 4, 2008

Claims One
225 Smith Road
St. Charles, IL 60174

Attn: Karen Patterson

CLIENT NUMBER - 02931 - 000

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH MARCH 31, 2008

RE: Mach, Michael vs. Will County Sheriff      MATTER # 68926
    Insured(s)              Will County Sheriff
    Court Number            06C 3378
    CMR Number              68926000

1/02/08 MJB  (1.30) Reviewed all correspondence documents regarding
                    job performance of Plaintiff in preparation to
                    supplement statement of fact of Motion for
                    Summary Judgment and draft argument.
1/02/08 MJB  (1.60) Researched case law regarding evidence of
                    plaintiff performing job satisfactorily and
                    standard to be applied in preparation to draft
                    argument section 1 of Motion for Summary
                    Judgment.
1/03/08 MJB  (.50)  Reviewed all Will County Traffic Deputy
                    Evaluation reports in preparation to supplement
                    statement of fact of Motion for Summary Judgment
                    and draft argument.
1/03/08 MJB  (1.70) Researched case law regarding age discrimination
                    under ADEA and definition of similarly situated
                    employees in preparation to draft argument
                    section of Motion for Summary Judgment.
1/03/08 MJB  (.70)  Researched case law regarding use of self-serving
                    statements for ADEA claims in preparation to
                    draft Motion for Summary Judgment.
1/03/08 MJB  (2.10) Drafted argument section 1 of Motion for Summary

|            |     |      | Judgment regarding plaintiff was not performing job satisfactorily under definition of ADEA. |
| 1/04/08 | GUO | 1.10 | Work on drafting of Motion for Summary Judgment and prepare memo re same. |
| 1/04/08 | MJB | 1.80 | Drafted argument section 2 of Motion for Summary Judgment regarding no evidence that plaintiff was treated less favorably than a younger but otherwise similarly situated employee other than plaintiff's self-serving statements. |
| 1/09/08 | LAN | 1.00 | Attended status hearing before Judge Zagel, duping which he set a briefing schedule for summary judgment motions. |
| 1/14/08 | MJB | 1.30 | Reviewed supplemental initial disclosures received from plaintiff's attorney, including letters and memos to Mach, handwritten notes, grievance, number of citations issued by each officer, rules of conduct and evaluations. |
| 1/16/08 | MJB | 1.40 | Continued review of supplemental initial disclosures received from plaintiff's attorney including list of deputies, officer activity, EEOC documents, and letters and memos to Director Horwath. |
| 1/17/08 | GUO | .30 | Review court order re summary judgment briefing and prepare memo re same. |
| 1/24/08 | MJB | 2.50 | Drafted defendants 56.1 statement of facts in support of motion for summary judgment |
| 1/29/08 | MCL | .80 | Bates label request for production documents to be produced. |
| 2/11/08 | MJB | 1.60 | Reviewed all deposition transcript for all |
|            |     |      | testimony regarding plaintiff's opportunity for overtime in traffic and patrol division in preparation to revise and finalize Motion for Summary Judgment.. |
| 2/12/08 | MJB | 1.50 | Reviewed all deposition transcript for testimony regarding plaintiff's claims that he was denied travel time in preparation to revise and finalize Motion for Summary Judgment. |
| 2/13/08 | MJB | 1.70 | Reviewed all depositions for testimony regarding plaintiff's opportunity to teach Hazmat training courses in preparation to revise and finalize |

| | | | |
|---|---|---|---|
| 2/13/08 | POG | 1.80 | Motion for Summary Judgment.<br>Analysis of written discovery including Rule 26(a)1 disclosures to date in preparation for potential summary judgment. |
| 2/14/08 | GUO | 1.70 | Work on drafting of Motion for Summary Judgment. |
| 2/14/08 | MJB | .10 | Telephone conference with Will County Sheriff's Office regarding Pat Maher contact information. |
| 2/14/08 | MJB | .10 | Telephone conference with Pat Maher regarding Mike Mach additional grievance regarding political harassment. |
| 2/14/08 | MJB | 1.10 | Reviewed all deposition transcripts for testimony regarding differences in prestige, pay and benefits of patrol and traffic divisions in preparation to revise and finalize Motion for Summary Judgment. |
| 2/15/08 | MJB | 3.40 | Drafted Argument section 3 of defendant's Motion for Summary Judgment regarding plaintiff did not suffer a materially adverse employment action. |
| 2/15/08 | MJB | 1.10 | Researched federal case law regarding whether plaintiff must exhaust administrative remedies for each alleged adverse employment action in preparation to revise and finalize Motion for Summary Judgment.. |
| 2/15/08 | MJB | 1.40 | Researched federal case law regarding whether loss of prestige can constitute a materially adverse employment action under the ADEA in preparation to revise and finalize Motion for Summary Judgment. |
| 2/18/08 | MJB | 1.40 | Revised Defendant's Rule 56.1 Statement of Facts regarding background and parties, added all citations. |
| 2/18/08 | MJB | 2.70 | Revised Defendant's Rule 56.1 statement of facts regarding plaintiff's job performance issues and transfer, added and reviewed all citations. |
| 2/19/08 | MJB | 1.50 | Revised Defendant's Rule 56.1 Statement of Facts regarding plaintiff's allegations of materially adverse employment actions, added and reviewed all citations. |
| 2/21/08 | MJB | .30 | Reviewed recent grievances filed by plaintiff received from Chief Maher. |

RE: Mach, Michael vs. Will County Sheriff    MATTER NUMBER - 68926

| Date | Initials | Hours | Description |
|---|---|---|---|
| 2/26/08 | GUO | 1.90 | Work on drafting of Motion for Summary Judgment and statement of facts. |
| 2/27/08 | GUO | 1.30 | Complete drafting of Motion for Summary Judgment. |
| 2/29/08 | CB | 1.50 | Completed Federal Filing for Defendant's Memorandum in Support of Motion for Summary Judgment on behalf of Will County Sheriff. |
| 2/29/08 | MJB | 1.20 | Reviewed all citations in defendants Motion for Summary Judgment in preparation for filing. |
| 2/29/08 | MJB | 1.00 | Prepared all exhibits to be attached and filed with defendant's Motion for Summary Judgment. |
| 3/03/08 | GUO | .30 | Prepare letter to Claims One regarding Motion for Summary Judgment. |
| 3/20/08 | GUO | .40 | Review Metzger case re Title VII retaliation claim and update on standard of 7th Circuit. Prepare memo re use in summary judgment. (Prorated) |
| 3/28/08 | GUO | .30 | Review plaintiff Motion for Extension of Time to Respond to Motion for Summary Judgment. |
| 3/28/08 | GUO | .20 | Phone call from plaintiff counsel regarding summary judgment motion. |
| 3/31/08 | MJB | .10 | Reviewed online docket for status on plaintiff's response to defendant's motion for summary judgment. |
| 3/31/08 | MJB | .30 | Reviewed plaintiff's motion for extension of time to file response to defendant's motion for summary judgment. |

48.00 TOTAL HOURS

PROFESSIONAL SERVICES        8,400.00

RE: Mach, Michael vs. Will County Sheriff          MATTER NUMBER - 68926

### SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Beals, Catina | | 1.50 | 175.00 | 262.50 |
| Matthew J. Byrne (MJB) | 41.1 hours | 35.40 | 175.00 | 6,195.00 |
| Terrence F. Guolee (GUO) | X 175 = $7,192.50 | 7.50 | 175.00 | 1,312.50 |
| Dominick L. Lanzito (LAN) | | 1.00 | 175.00 | 175.00 |
| Mary E. McClellan (MCL) | | .80 | 175.00 | 140.00 |
| Paul O'Grady (POG) | | 1.80 | 175.00 | 315.00 |
| | | 48.00 | | 8,400.00 |

### COSTS ADVANCED

| | | |
|---|---|---|
| 1/03/08 | Lexis Research, User: BYRNE, MATTHEW | 7.95 |
| 1/04/08 | Lexis Research, User: BYRNE, MATTHEW | 11.52 |
| 2/19/08 | Lexis Research, User: BYRNE, MATTHEW | 26.96 |
| 3/05/08 | IST Photocopying Expense | 103.20 |
| | TOTAL COSTS ADVANCED | 149.63 |

INVOICE TOTAL                                    8,549.63

BILLING HISTORY:   LIFE TO DATE FEES :     60,987.50

                   LIFE TO DATE COSTS:      4,745.30

(EXCLUSIVE OF CURRENT INVOICE)

RE: Mach, Michael vs. Will County Sheriff     MATTER NUMBER - 68926

TO INSURE PROPER CREDIT, PLEASE COMPLETE AND RETURN THIS ADVICE

CLIENT - 02931- 000                    MATTER NUMBER -      68926

Claims One
225 Smith Road
St. Charles, IL   60174

Attn:  Karen Patterson

| INVOICE NUMBER | DATE | AMOUNT |
|---|---|---|
| 465591 | APRIL 4, 2008 | 8,549.63 |

YOUR CHECK NO._____     DATE_____     AMOUNT_____

JANUARY 4, 2008

TO: Claims One
    225 Smith Road
    St. Charles, IL  60174
    Attn:  Karen Patterson


For Legal Services Rendered in Connection With:

02931 - 000 / 68926


Mach, Michael vs. Will County Sheriff
Insured(s)          :      Will County Sheriff
Court Number        :      06C 3378
CMR Number          :      68926000


Enclosed is our statement for services and costs advanced
through DECEMBER 31, 2007 .

                        Very truly yours

                        QUERREY & HARROW, LTD.

                        Billing Department

Claims One
225 Smith Road
St. Charles, IL  60174

Attn:  Karen Patterson

CLIENT NUMBER - 02931 - 000

FOR PROFESSIONAL SERVICES RENDERED
  THROUGH DECEMBER 31, 2007

RE:   Mach, Michael vs. Will County Sheriff      MATTER # 68926
      Insured(s)                Will County Sheriff
      Court Number              06C 3378
      CMR Number                68926000

| Date | | | Description |
|---|---|---|---|
| 10/15/07 | GUO | .30 | Review order of Judge Zagel and prepare memo to file re remaining discovery in light of set discovery closure. |
| 10/22/07 | GUO | .80 | Work on supplemental report to Claims One – summary judgment analysis, settlement and case overview sections. |
| 10/22/07 | GUO | .10 | Prepare memo to O'Grady re summaries needed for supplemental case analysis to Claims One. |
| 10/23/07 | GUO | .50 | Continue to work on report to Claims One. |
| 10/23/07 | MJB | 1.50 | Reviewed deposition of Michael Barton in preparation to draft summary of testimony to be included in status letter to client. |
| 10/23/07 | POG | .80 | Prepare summary of D. Mach's deposition for letter to Karen Patterson at Claims One. |
| 10/23/07 | POG | .90 | Prepare summary of D. Maher for letter to K. Patterson Claims One. |
| 10/23/07 | POG | .80 | Prepare summary of D. Mach's deposition for Letter to Karen Patterson Claim One. |
| 10/24/07 | MJB | .60 | Reviewed notes from deposition of Patty Rojkowski in preparation to draft summary of testimony for report to client. |

RE: Mach, Michael vs. Will County Sheriff     MATTER NUMBER - 68926

| | | | |
|---|---|---|---|
| 10/24/07 | MJB | .50 | Drafted summary of testimony of Patty Rojkowski to be included in client status letter. |
| 10/24/07 | MJB | .70 | Drafted summary of testimony of Michael Barton to be included in status letter to client. |
| 10/24/07 | MJB | .50 | Continued drafting summary of testimony of Chief Deputy Maher to be included in status letter to client. |
| 10/25/07 | GUO | .70 | Review Mach transcript re additional potential arguments in support of Motion for Summary Judgment. |
| 10/26/07 | MJB | 1.40 | Analyzed Plaintiff's discovery responses and document production in preparation for potential Motion for Summary Judgment and assessment of any additional necessary depositions. |
| 10/26/07 | MJB | .90 | Analyzed deposition transcripts in preparation for potential Motion for Summary Judgment and assessment of additional necessary depositions. |
| 10/26/07 | MJB | 1.10 | Analyzed and reviewed Will County Sheriff's documents in preparation for potential Motion for Summary Judgment and assessment of additional necessary discovery. |
| 10/29/07 | POG | .50 | Prepare for meeting with Will County. |
| 10/30/07 | POG | .80 | Presentation to Will County State's attorney file audit. |
| 11/06/07 | MJB | 1.60 | Continued review of deposition transcripts in preparation for potential Motion for Summary Judgment and for assessment of additional necessary witness depositions. |
| 11/07/07 | MJB | .80 | Reviewed pleadings in preparation for potential Motion for Summary Judgment and case assessment. |
| 11/12/07 | MJB | .20 | Conference with POG regarding deposition schedule affidavits needed, and Motion for Summary Judgment. |
| 11/12/07 | MJB | 1.70 | Abstracted deposition transcript of Debra Mach. |
| 11/13/07 | MJB | 1.50 | Abstracted deposition of Michael Barton. |
| 11/15/07 | GUO | .60 | Review status re motion for summary judgment and prepare memo re same. |
| 12/05/07 | GUO | .40 | Phone call from Kaupas counsel re upcoming deposition in other case and status of Mach litigation. |

| | | | |
|---|---|---|---|
| 12/12/07 | GUO | .20 | Prepare e-mail to Patterson and Bollinger at Claims One re claim. |
| 12/12/07 | MJB | .50 | Reviewed plaintiff's complaint in preparation to draft motion for summary judgment. |
| 12/18/07 | MJB | 1.90 | Researched Federal case law regarding requirements for cause of action under Age Discrimination in Employment Act. |
| 12/18/07 | MJB | 1.40 | Reviewed plaintiff's deposition transcript in preparation to draft Motion for Summary Judgment. |
| 12/19/07 | MJB | 1.10 | Continued review of plaintiff's deposition transcript in preparation to draft Motion for Summary Judgment. |
| 12/19/07 | MJB | .70 | Reviewed Will County Sheriff's Collective Bargaining Agreement in preparation to draft Motion for Summary Judgment. |
| 12/19/07 | MJB | 1.90 | Reviewed State of Illinois Department of Human Right Investigative Report regarding Michael Mach in preparation to draft Motion for Summary Judgment. |
| 12/20/07 | MJB | 1.20 | Continued review of State of Illinois Department of Human Right Investigative Report regarding Michael Mach in preparation to draft Motion for Summary Judgment. |
| 12/26/07 | MJB | 2.10 | Reviewed deposition of Director Raymond Horwath in preparation to draft Motion for Summary Judgment. |
| 12/27/07 | MJB | 1.20 | Reviewed deposition transcript of Chief Deputy Patrick Maher in preparation to draft Motion for Summary Judgment. |
| 12/27/07 | MJB | .50 | Drafted Introduction Section of Motion for Summary Judgment. |
| 12/27/07 | MJB | 3.60 | Drafted Facts section of Motion for Summary Judgment, including timeline of disciplinary actions, job performance reviews, and all steps taken prior to September 2004 transfer. |
| 12/29/07 | MJB | .50 | Drafted argument standard of review section of Motion for Summary Judgment. |
| 12/29/07 | MJB | .60 | Drafted Argument introduction section regarding requirements for claim under the ADEA. |

RE: Mach, Michael vs. Will County Sheriff    MATTER NUMBER - 68926

### 37.60 TOTAL HOURS

PROFESSIONAL SERVICES    | 23.9 hours<br>X 175 = $4,182.50 |    6,580.00

### SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Matthew J. Byrne(MJB) | 30.20 | 175.00 | 5,285.00 |
| Terrence F. Guolee(GUO) | 3.60 | 175.00 | 630.00 |
| Paul O'Grady(POG) | 3.80 | 175.00 | 665.00 |
| | 37.60 | | 6,580.00 |

### COSTS ADVANCED

| | | |
|---|---|---|
| 8/20/07 | Court Reporter transcript fee from George E. Rydman & Assoc. Ltd. deposition of Patrick Maher | 264.74 |
| 10/17/07 | Court Reporter attendance and transcript by Perscribo Reporting, Inc. deposition of Debbie Mach | 443.00 |
| 10/22/07 | Court Reporter attendance and transcript by Perscribo Reporting, Inc. deposition of Barton | 393.30 |
| 12/18/07 | Lexis Research, User: BYRNE, MATTHEW | 25.28 |

TOTAL COSTS ADVANCED                                   1,126.32

INVOICE TOTAL                                          7,706.32

BILLING HISTORY:  LIFE TO DATE FEES :     60,987.50

                  LIFE TO DATE COSTS:      4,745.30

RE: Mach, Michael vs. Will County Sheriff     MATTER NUMBER - 68926

(EXCLUSIVE OF CURRENT INVOICE)

RE: Mach, Michael vs. Will County Sheriff     MATTER NUMBER - 68926


REMITTANCE ADVICE
-------------------

TO INSURE PROPER CREDIT, PLEASE COMPLETE AND RETURN THIS ADVICE

CLIENT - 02931- 000                    MATTER NUMBER -      68926


Claims One
225 Smith Road
St. Charles, IL  60174

Attn:  Karen Patterson


| INVOICE NUMBER | DATE | AMOUNT |
|---|---|---|
| 460773 | JANUARY 4, 2008 | 7,706.32 |

YOUR CHECK NO._____     DATE_____     AMOUNT_____