## *United States District Court for the Northern District of Illinois*

Case Number: 06cv3378     Assigned/Issued By: DAJ

Judge Name:     Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☑ Citation to Discover Assets          _____
                                       (Victim, Against and $ Amount)
☐ Writ _____
     (Type of Writ)

_2_ Original and _2_ copies on _12/04/08_ as to MICHAEL MACH,
                              (Date)
RECONSTRUCTION & PROTECTION SERVICES INC.   NO NOTICES
_____

C:\wpwin80\docket\feeinfo.frm     03/14/05