## IN THE UNITED STATES DISTRICT COURT

**Michael W. Mach**           **Plaintiff(s)**    2006 C 3378

vs.

**Will County Sheriff**

                                **Defendant(s)**

### AFFIDAVIT OF PERSONAL SERVICE BY SPECIAL PROCESS SERVER

Brian M. Johnson being first duly sworn on oath deposes and states the following:

I. I am a special process server and investigator, employed by Dynamic Inquiries, LLC. a licensed Illinois private detective agency, License #115-001907, and not party to the above mentioned case.

II. I served the attached Notice of Citation to Discover Assets to Michael Mach by hand delivering the Documents to his place of residence located at 649 Delight Road in Beecher, Illinois on Thursday, December 10, 2008.

III. The sex, race and approximate age of Mr. Michael Mach with whom the correspondence was served were as follows: Sex: **Male**; Race: **White**; Age: **47 (Approximate)**

IV. The place where, date and time when the Notice of Citation to Discover Assets was served to **Michael Mach** were as follows: **649 Delight Road in Beecher, Illinois Date: December 10, 2008 Time: 3:45pm.**

V. Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the above statements set forth in this affidavit are true and correct.

Brian M. Johnson